In the United States District Court for the
Western District of Kentucky

| | |
|---|---|
| **U.S.,** | No. 17-502920 |
| Plaintiff/Respondent; | |
| v. | Case No. 3:14-cr-111-GNS-CHL<br>Civ. No. 3:17-cv-343-GNS |
| **Devin Thauberger,** | |
| Defendant/Movant. | |

## Motion to Reschedule Hearing

Comes now Devin Thauberger, by and through counsel, and hereby moves this Court to continue the hearing set for October 18, 2018. Counsel is currently in the middle of a jury trial in the Southern District of Indiana, which up until the trial started yesterday was expected to end in a plea of guilty. Counsel has consulted the Government about the proposed motion, and this motion is unopposed.

      Counsel respectfully requests this Honorable Court continue the hearing until November 16, 2018.

      Respectfully submitted,

/s/ John T. Tennyson
John Tennyson (Tenn. BPR# 32777)
Tennyson & Wiggington PLLC
611 Commerce Street, Ste. 2609
Nashville, TN 37203
(615) 506-3108
E-mail: jtennyson@nashville-law.com

*Attorney for Dr. Thauberger*

## Certificate of Service

I hereby certify that a true and exact copy of the foregoing was served via this Court's CM/ECF system to the United States Attorney's Office for the Western District of Kentucky, on October 15, 2018, and upon all counsel of record.

/s/  John T. Tennyson
John Tennyson (Tenn. BPR# 32777)